United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAQUET CARDIOVASCULAR LLC,

    Plaintiff,

  v.

SAPHENA MEDICAL, INC., and ALBERT CHIN,

    Defendants.

No. C 16-07213 WHA

**ORDER DENYING PRO HAC VICE APPLICATION**

The *pro hac vice* application of Attorney Michael Connor (Dkt. No. 20) is **DENIED** because the application form states Attorney Connor is "an active member in good standing of the bar of North Carolina Supreme" but the attached certificate of good standing is from the United States District Court for the Western District of North Carolina. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: January 11, 2017.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE