United States District Court
For the Northern District of California

1

2

3

4

5

6                              IN THE UNITED STATES DISTRICT COURT

7                             FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   MAQUET CARDIOVASCULAR LLC,                      No. C 16-07213 WHA

11          Plaintiff,

12   v.

13   SAPHENA MEDICAL, INC., and                      **ORDER DENYING PRO
     ALBERT CHIN,                                    HAC VICE APPLICATION**
14
            Defendants.
15   _____/

16

17          The *pro hac vice* application of Attorney Christopher Ziegler (Dkt. No. 21) is **DENIED**

18   because the application form states Attorney Ziegler is "an active member in good standing of

19   the bar of Fed. Cir. Court of Appeal" but the attached certificate of good standing is from the

20   United States District Court for the Western District of North Carolina.  While the application

21   fee does not need to be paid again, the application cannot be processed until a corrected form is

22   submitted.

23

24          **IT IS SO ORDERED.**

25

26   Dated:  January 11, 2017.                       _____
                                                     WILLIAM ALSUP
27                                                   UNITED STATES DISTRICT JUDGE

28