# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

MAQUET CARDIOVASCULAR LL ⟩

⟩ Case No: __16-cv-07213__

Plaintiff(s), ⟩

⟩ **APPLICATION FOR**

v. ⟩ **ADMISSION OF ATTORNEY**

⟩ **PRO HAC VICE**

SAPHENA MEDICAL, INC, et al. ⟩ (CIVIL LOCAL RULE 11-3)

⟩

Defendant(s). ⟩

⟩

I, __Michael S. Connor__, an active member in good standing of the bar of __Western Dist N. Carolina__, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: __Plaintiff, Maquet Cardiovascular LLC__ in the above-entitled action. My local co-counsel in this case is __Xavier M. Brandwajn__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Alston & Bird LLP, Bank of Am. Plaza, Ste. 4000, 101 S. Tryon St., Charlotte, NC 28280 | Alston & Bird LLP, 1950 University Ave., 5th Fl., East Palo Alto, CA  94303 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (704) 444-1000 | (650) 838-2000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| Mike.Connor@alston.com | Xavier.Brandwajn@alston.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __16152__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated:  01/11/17

_____Michael S. Connor_____
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Michael S. Connor__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   January 12, 2017.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE