UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAQUET CARDIOVASCULAR LL )
                                 )   Case No: 16-cv-07213
                  Plaintiff(s), )
                                  )   **APPLICATION FOR**
    v.                               )   **ADMISSION OF ATTORNEY**
SAPHENA MEDICAL, INC., et al. )   **PRO HAC VICE**
                                  )   (CIVIL LOCAL RULE 11-3)
                 Defendant(s). )

    I, Christopher C. Ziegler, an active member in good standing of the bar of Western Dist N. Carolina, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff, Maquet Cardiovascular LLC in the above-entitled action. My local co-counsel in this case is Xavier M. Brandwajn, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Alston & Bird LLP, Bank of Am. Plaza, Ste. 4000, 101 S. Tryon St., Charlotte, NC 28280 | Alston & Bird LLP, 1950 University Ave., 5th Fl., East Palo Alto, CA 94303 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (704) 444-1000 | (650) 838-2000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| Chris.Ziegler@alston.com | Xavier.Brandwajn@alston.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 46519.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/11/17

                                                             Christopher C. Ziegler
                                                                  APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Christopher C. Ziegler is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 12, 2017.

                                                     UNITED STATES DISTRICT/MAGISTRATE JUDGE