United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAQUET CARDIOVASCULAR LLC, | No. C 16-07213 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING PRO HAC VICE APPLICATION** |
| SAPHENA MEDICAL, INC., and ALBERT CHIN, | |
| Defendants. | |

The *pro hac vice* application of Attorney Margaret Ives (Dkt. No. 28) is **DENIED**. Local Rule 11-3 requires an applicant to certify that "he or she is an active member in good standing of the bar of a United States *Court* or of the highest *court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the form from the district court website with only the state of bar membership — *e.g.*, "the bar of Massachusetts" — is inadequate because it fails to identify a specific court. Attorney Ives's application is also missing her bar number and a date. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: January 17, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE