# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

MAQUET CARDIOVASCULAR LLC

Plaintiff(s),

v.

SAPHENA MEDICAL, INC., et al.

Defendant(s).

Case No: 3:16-cv-07213

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Paul D. Popeo, an active member in good standing of the bar of District of Massachusetts, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Saphena Medical, Inc. and Albert Chin in the above-entitled action. My local co-counsel in this case is Karen I. Boyd, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Choate Hall & Stewart LLP, Two International Place, 34th Floor, Boston, MA 02110 | Turner Boyd LLP, 702 Marshall Street, Suite 640, Redwood City, CA 94063 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (617) 248-4074 | (650) 521-5930 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| ppopeo@choate.com | boyd@turnerboyd.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 567727.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/18/17

Paul D. Popeo
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Paul D. Popeo is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 18, 2017.

UNITED STATES DISTRICT/MAGISTRATE JUDGE