IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAQUET CARDIOVASCULAR LLC, | No. C 16-07213 WHA |
| Plaintiff, | |
| v. | **NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS** |
| SAPHENA MEDICAL, INC., and ALBERT CHIN, | |
| Defendants. / | |

    Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motions.

Dated: May 9, 2017.

                                                          WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE