IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAQUET CARDIOVASCULAR LLC, | No. C 16-07213 WHA |
| Plaintiff, | |
| v. | **SECOND NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS** |
| SAPHENA MEDICAL, INC., and ALBERT CHIN, | |
| Defendants. | |

Counsel for both sides should take note that, in the Court's view, the upcoming hearings on May 18 present an excellent opportunity for a young attorney with four or fewer years of experience to argue all pending motions.

Dated: May 16, 2017.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE