IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAQUET CARDIOVASCULAR LLC,

    Plaintiff,

  v.

SAPHENA MEDICAL, INC., and
ALBERT CHIN,

    Defendants.

No. C 16-07213 WHA

**ORDER SETTING DISCOVERY HEARING**

Pursuant to defendants' letter of August 11, 2017, the Court **SETS** a three-hour meet-and-confer starting from **8:00 A.M. AND CONTINUING TO 11:00 A.M. ON WEDNESDAY, AUGUST 23, 2017**, in the Court's jury room on the nineteenth floor of the federal courthouse in San Francisco. At **11:00 A.M.**, the Court shall hear any remaining discovery issue(s). Plaintiff's response is due by noon on August 21.

Please note that only those lawyers who personally meet and confer in the Court's jury room may be heard at the hearing. In addition, the parties should be prepared to report on their resolution of the damages issue.

**IT IS SO ORDERED.**

Dated: August 17, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE