IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAQUET CARDIOVASCULAR LLC,

Plaintiff,

v.

SAPHENA MEDICAL, INC., and
ALBERT CHIN,

Defendants.

No. C 16-07213 WHA

**ORDER RE ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL IN CONNECTION WITH MOTION FOR LEAVE TO FILE AMENDED COUNTERCLAIM**

Both sides have filed administrative motions to file under seal certain documents and portions thereof (Dkt. Nos. 84, 99, 105, 148) in connection with defendants' motion for leave to file an amended counterclaim after a prior order dismissed their initial counterclaim. Since the underlying motion (Dkt. No. 86) functions in lieu of a new motion to dismiss the amended counterclaim, it is "more than tangentially related to the merits of [the] case." "Compelling reasons" are therefore required to rebut the "strong presumption" in favor of public access and justify sealing. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1099–1101 (9th Cir. 2016); *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006).

The following constitutes the Court's rulings on these administrative motions:

**1.    DEFENDANTS' ADMINISTRATIVE MOTION (DKT. NO. 84)**.

| DOCUMENT SOUGHT TO BE SEALED | RULING |
|---|---|
| Exhibits 11–13 and 18 to proposed amended answer and counterclaim | Maquet's supporting declaration explains that these internal documents reflect Maquet's detailed business information, including its proprietary analysis of potential competition (Dkt. No. 89 ¶¶ 3–6). Moreover, the public can already understand the relevance of these exhibits to the merits based on the general descriptions and summaries thereof in the parties' unredacted filings. **GRANTED**. |
| Exhibits 14–17 to proposed amended answer and counterclaim | Maquet's supporting declaration explains that this internal spreadsheet contains Maquet's detailed sales information (Dkt. No. 88 ¶ 3). Moreover, the public can already understand the relevance of these exhibits to the merits based on the general descriptions and summaries thereof in the parties' unredacted filings. **GRANTED**. |
| Proposed amended answer and counterclaim, and redlined version (highlighted portions) | For the reasons stated above, portions of these documents are sealable only insofar as they reproduce sealable information (*see* Dkt. No. 91 ¶¶ 3–4). Defendants also seek to file additional portions of these documents under seal (*see* Dkt. No. 84 at 1–2), but their supporting declaration (Dkt. No. 84-1) fails to establish that said portions are sealable as required by Civil Local Rule 79-5(d)(1)(A). **GRANTED IN PART** and **DENIED IN PART**. |

**2.    PLAINTIFF'S ADMINISTRATIVE MOTION (DKT. NO. 99).**

| DOCUMENT SOUGHT TO BE SEALED | RULING |
|---|---|
| Schulte Declaration (highlighted portions) | These portions discuss the contents of exhibits already deemed sealable as stated above. **GRANTED**. |
| Exhibit A–C and F to Brandwajn Declaration (highlighted portions) | Saphena's supporting declaration explains that these documents contain Saphena's detailed financial and sales information (Dkt. No. 104). Moreover, this information would not significantly improve the public's understanding of the merits. **GRANTED**. |

| | |
|---|---|
| Exhibit I to Brandwajn Declaration | Maquet's supporting declaration (Dkt. No. 99-1) fails to establish that this document is sealable as required by Civil Local Rule 79-5(d)(1)(A). This request is also not "narrowly tailored to seek sealing only of sealable material" as required by Civil Local Rule 79-5(b). **DENIED**. |
| Opposition brief (highlighted portions) | For the reasons stated above, portions of this document are sealable only insofar as they reproduce sealable information (*see* Dkt. No. 103 ¶ 4). Sealing is otherwise not warranted. **GRANTED IN PART** and **DENIED IN PART**. |

### 3. DEFENDANTS' ADMINISTRATIVE MOTION (DKT. NO. 105).

| DOCUMENT SOUGHT TO BE SEALED | RULING |
|---|---|
| Reply brief (highlighted portions) | These portions discuss the contents of documents already deemed sealable as stated above (*see* Dkt. No. 107 ¶ 3). **GRANTED**. |

### 4. DEFENDANTS' ADMINISTRATIVE MOTION (DKT. NO. 148).

| DOCUMENT SOUGHT TO BE SEALED | RULING |
|---|---|
| Corrected filing of amended answer and counterclaim (highlighted portions), and Exhibits 11–18 thereto | These documents have already been deemed sealable as stated above (*see* Dkt. No. 150 ¶¶ 3–5). **GRANTED**. |

The parties shall file public versions of the foregoing documents in full compliance with this order by **JANUARY 9, 2018, AT NOON**.

**IT IS SO ORDERED.**

Dated: December 26, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE