IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAQUET CARDIOVASCULAR LLC,

    Plaintiff,

  v.

SAPHENA MEDICAL, INC., and ALBERT CHIN,

    Defendants.

No. C 16-07213 WHA

**ORDER TO SHOW CAUSE**

According to Magistrate Judge Jacqueline Corley, this action settled on October 3 of this year (*see* Dkt. No. 173). As of the date of this order, however, no dismissal has been filed on the docket. The parties shall **SHOW CAUSE** in writing by **JANUARY 4, 2018, AT NOON** why this action should not be dismissed.

**IT IS SO ORDERED.**

Dated: December 26, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE