UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAQUET CARDIOVASCULAR LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAPHENA MEDICAL, INC., et al.,<br><br>Defendants. | Case No. 16-cv-07213-WHA (JSC)<br><br>**ORDER DIRECTING PARTIES TO ATTEND FURTHER SETTLEMENT CONFERENCE** |

This action settled after a day-long settlement conference on October 3, 2017. As of the date of this Order the parties have still not filed a stipulation of dismissal. On December 26, 2017, the district court issued an Order to Show Cause regarding the parties' failure to do so.

Accordingly, the parties are ordered to appear in person on Friday, January 5, 2018 at 11:00 a.m. in Courtroom F at 450 Golden Gate Avenue, San Francisco for a further settlement conference. Lead trial counsel along with the client representative who will be signing the settlement agreement shall attend the conference. The Court will vacate the conference upon the parties' joint representation that the Agreement has been signed.

**IT IS SO ORDERED.**

Dated: January 3, 2018

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge