Xavier M. Brandwajn (State Bar No. 246218)
Xavier.Brandwajn@alston.com
**ALSTON & BIRD LLP**
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303-2282
Telephone: 650-838-2000
Facsimile: 650-838-2001

Michael S. Connor (*pro hac vice*)
Mike.Connor@alston.com
Christopher C. Ziegler (*pro hac vice*)
Chris.Ziegler@alston.com
**ALSTON & BIRD LLP**
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Telephone: 704-444-1000
Facsimile: 704-444-1111

John F. Cambria (*pro hac vice*)
John.Cambria@alston.com
David W. Gouzoules (*pro hac vice*)
David.Gouzoules@alston.com
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
Telephone: 212-210-9400
Facsimile: 212-210-9444

Attorneys for Plaintiff
Maquet Cardiovascular LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAQUET CARDIOVASCULAR LLC,<br><br>     Plaintiff,<br><br>     v.<br><br>SAPHENA MEDICAL, INC. and ALBERT CHIN,<br><br>     Defendants. | Case No.: 3:16-cv-07213-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER ON MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

1  WHEREAS, Plaintiff Maquet Cardiovascular LLC ("Maquet") and Defendants Saphena
2  Medical, Inc. ("Saphena") and Dr. Albert Chin ("Dr. Chin") (collectively, "Defendants") have
3  resolved their respective claims and counterclaims in this case.
4  NOW, THEREFORE, Maquet and Defendants through their attorneys of record, hereby
5  move for an order dismissing all claims by Maquet and all counterclaims by Defendants, with
6  prejudice, with each party to bear its own attorneys' fees and expenses.

Dated: January 4, 2018                             Respectfully submitted,

 /s/  Karen I. Boyd                                 /s/ Michael S. Connor

Karen I. Boyd (SBN 189808)                         Xavier M. Brandwajn (SBN 246218)
boyd@turnerboyd.com                                Xavier.Brandwajn@alston.com
TURNER BOYD LLP                                    Dinah X. Ortiz (SBN 273556)
702 Marshall Street, Suite 640                     Dinah.Ortiz@alston.com
Redwood City, CA 94063                             ALSTON & BIRD LLP
Telephone:  (650) 521-5930                         1950 University Avenue, 5th Floor
Facsimile:   (650) 521-5931                        East Palo Alto, CA 94303
                                                   Telephone: (650) 838-2000
Michael H. Bunis (*pro hac vice*)                  Facsimile: 650 838-2001
mbunis@choate.com
Paul D. Popeo (*pro hac vice*)                     Michael S. Connor (*pro hac vice*)
ppopeo@choate.com                                  Mike.Connor@alston.com
Margaret E. Ives (*pro hac vice*)                  Christopher C. Ziegler (*pro hac vice*)
mives@choate.com                                   Chris.Ziegler@alston.com
William M. Unsworth  (*pro hac vice*)              ALSTON & BIRD LLP
wunsworth@choate.com                               101 South Tryon Street, Suite 4000
Vanessa A. Arslanian  (*pro hac vice*)             Charlotte, NC 28280
varslanian@choate.com                              Telephone: (704) 444-1000
Diane C. Seol (*pro hac vice*)                     Facsimile: (704) 444-1111
dseol@choate.com
Christina T. Lau (*pro hac vice*)                  John F. Cambria (*pro hac vice*)
clau@choate.com                                    John.Cambria@alston.com
CHOATE, HALL & STEWART LLP                         David W. Gouzoules (*pro hac vice*)
Two International Place                            David.Gouzoules@alston.com
Boston, MA 02110                                   ALSTON & BIRD LLP
Telephone:  (617) 248-5000                         90 Park Ave.
Facsimile:   (617) 248-4000                        New York, NY 10016
                                                   Telephone: (212) 210-9400
*Attorneys for Defendants-*                        Facsimile: (212) 210-9444
*Counterclaimants*
*SAPHENA MEDICAL, INC. and*                        *Attorneys for Plaintiff MAQUET*
*ALBERT CHIN*                                      *CARDIOVASCULAR LLC*

**DECLARATION OF CONSENT**

The undersigned filer attests, pursuant to Civil L.R. 5-1(i)(3), that concurrence in the filing of the document has been obtained from the other signatories to this document.

Dated: January 4, 2018                                  By:  */s/ Michael S. Connor*
                                                                         Michael S. Connor

**ORDER**

Based upon the stipulation of the parties and good cause appearing, all claims and counterclaims of this matter are hereby DISMISSED WITH PREJUDICE.  Each party to bear its own attorneys' fees and expenses.

**IT IS SO ORDERED.**

Dated: _____, 2018                    _____
                                                                                   WILLIAM H. ALSUP
                                                                                   UNITED STATES DISTRICT JUDGE