1  Xavier M. Brandwajn (State Bar No. 246218)
   Xavier.Brandwajn@alston.com
2  **ALSTON & BIRD LLP**
   1950 University Avenue, 5th Floor
3  East Palo Alto, CA 94303-2282
   Telephone: 650-838-2000
4  Facsimile: 650-838-2001

5  Michael S. Connor (*pro hac vice*)
   Mike.Connor@alston.com
6  Christopher C. Ziegler (*pro hac vice*)
   Chris.Ziegler@alston.com
7  **ALSTON & BIRD LLP**
   101 South Tryon Street, Suite 4000
8  Charlotte, NC 28280-4000
   Telephone: 704-444-1000
9  Facsimile: 704-444-1111

John F. Cambria (*pro hac vice*)
John.Cambria@alston.com
David W. Gouzoules (*pro hac vice*)
David.Gouzoules@alston.com
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
Telephone: 212-210-9400
Facsimile: 212-210-9444

Attorneys for Plaintiff
Maquet Cardiovascular LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

MAQUET CARDIOVASCULAR LLC,

    Plaintiff,

    v.

SAPHENA MEDICAL, INC. and
ALBERT CHIN,

    Defendants.

Case No.: 3:16-cv-07213-WHA

**STIPULATION AND [PROPOSED] ORDER ON MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

WHEREAS, Plaintiff Maquet Cardiovascular LLC ("Maquet") and Defendants Saphena Medical, Inc. ("Saphena") and Dr. Albert Chin ("Dr. Chin") (collectively, "Defendants") have resolved their respective claims and counterclaims in this case.

NOW, THEREFORE, Maquet and Defendants through their attorneys of record, hereby move for an order dismissing all claims by Maquet and all counterclaims by Defendants, with prejudice, with each party to bear its own attorneys' fees and expenses.

Dated: January 4, 2018               Respectfully submitted,

 /s/ Karen I. Boyd                    /s/ Michael S. Connor

Karen I. Boyd (SBN 189808)           Xavier M. Brandwajn (SBN 246218)
boyd@turnerboyd.com                  Xavier.Brandwajn@alston.com
TURNER BOYD LLP                      Dinah X. Ortiz (SBN 273556)
702 Marshall Street, Suite 640       Dinah.Ortiz@alston.com
Redwood City, CA 94063               ALSTON & BIRD LLP
Telephone:  (650) 521-5930           1950 University Avenue, 5th Floor
Facsimile:  (650) 521-5931           East Palo Alto, CA 94303
                                     Telephone: (650) 838-2000
Michael H. Bunis (*pro hac vice*)    Facsimile: 650 838-2001
mbunis@choate.com
Paul D. Popeo (*pro hac vice*)       Michael S. Connor (*pro hac vice*)
ppopeo@choate.com                    Mike.Connor@alston.com
Margaret E. Ives (*pro hac vice*)    Christopher C. Ziegler (*pro hac vice*)
mives@choate.com                     Chris.Ziegler@alston.com
William M. Unsworth (*pro hac vice*) ALSTON & BIRD LLP
wunsworth@choate.com                 101 South Tryon Street, Suite 4000
Vanessa A. Arslanian (*pro hac vice*) Charlotte, NC 28280
varslanian@choate.com                Telephone: (704) 444-1000
Diane C. Seol (*pro hac vice*)       Facsimile: (704) 444-1111
dseol@choate.com
Christina T. Lau (*pro hac vice*)    John F. Cambria (*pro hac vice*)
clau@choate.com                      John.Cambria@alston.com
CHOATE, HALL & STEWART LLP           David W. Gouzoules (*pro hac vice*)
Two International Place              David.Gouzoules@alston.com
Boston, MA 02110                     ALSTON & BIRD LLP
Telephone:  (617) 248-5000           90 Park Ave.
Facsimile:  (617) 248-4000           New York, NY 10016
                                     Telephone: (212) 210-9400
*Attorneys for Defendants-*          Facsimile: (212) 210-9444
*Counterclaimants*
*SAPHENA MEDICAL, INC. and*          *Attorneys for Plaintiff MAQUET*
*ALBERT CHIN*                        *CARDIOVASCULAR LLC*

**DECLARATION OF CONSENT**

The undersigned filer attests, pursuant to Civil L.R. 5-1(i)(3), that concurrence in the filing of the document has been obtained from the other signatories to this document.

Dated: January 4, 2018                    By: */s/ Michael S. Connor*
                                                                Michael S. Connor

**ORDER**

Based upon the stipulation of the parties and good cause appearing, all claims and counterclaims of this matter are hereby DISMISSED WITH PREJUDICE. Each party to bear its own attorneys' fees and expenses.

**IT IS SO ORDERED.**

Dated:  _____January 4_____, 2018        _____
                                                                WILLIAM H. ALSUP
                                                                UNITED STATES DISTRICT JUDGE